2011-20672
FILED
September 22, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003783285

Walter J. Sawicki, Esq., SBN 223541
**Law Offices of Walter J. Sawicki**
2430 Ocean View Ave., Suite 305
Los Angeles, CA 90057
Tel: (213) 674-7177
Fax: (213) 674-7168
walterjsawicki@msn.com

Attorneys for Appellant
TRE HOLDINGS, LLC

**FILED**
SEP 22 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**United States Bankruptcy Court**

**Eastern District of California – Sacramento Division**

| | |
|---|---|
| In re:<br><br>TRE HOLDINGS, LLC,<br><br>Debtor. | Case No.   11-20672-E-13L<br><br>D.C. No.   WJS-7<br><br>USDC Case No.  2:11-CV-01403-JAM<br><br>BAP Case No.   EC-11-1241<br><br>**ORDER ON**<br>**Stipulation to Dismissal of**<br>**Appeal Before Docketing**<br><br>Dept:   E / Courtroom 33<br>Judge:  Hon. Ronald H. Sargis |

To the Honorable Court and All Interested Parties:

///

RECEIVED
September 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003783285

Pursuant to F.R.B.P. 8001(c)(1), the parties in the above-referenced bankruptcy appeal — i.e., Appellant Tre Holdings, LLC; and Appellee Pro Value Properties, Inc. — which appeal is now pending in the U.S. District Court, case # 2:11-CV-01403-JAM, but which has not yet been docketed in the District Court (i.e., record on appeal filed with District Court clerk; see F.R.B.P. 8007(b)), hereby stipulate and agree through their respective counsel of record that the appeal be dismissed, with prejudice, and that each party bear their own costs and attorney's fees incurred in connection with this appeal.

**Stipulated and Agreed:**

Dated: September 8, 2011        Law Offices of Walter J. Sawicki

By: _____
Walter J. Sawicki
Attorneys for Appellant,
Tre Holdings, LLC

Dated: September 20, 2011       Law Office of Barry H. Spitzer

By: _____
Barry H. Spitzer
Attorneys for Appellee,
Pro Value Properties, Inc.

## ORDER ON STIPULATION

Based upon the stipulation of the parties attached to this Order, and good cause appearing,

IT IS ORDERED that the bankruptcy appeal now pending in the U.S. District Court, case # 2:11-CV-01403-JAM, be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees incurred in connection with the appeal.

Dated: September 22, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court